UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUAN PERNELL VERRETTE                    CIVIL ACTION

VERSUS                                   NUMBER: 07-9202

RICHARD L. STALDER, ET AL.               SECTION: "A"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves same and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that plaintiff's habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state

---

[1] Petitioner did file a motion to amend his complaint after the Report and Recommendation had been filed. The proposed amendment would not cure any of the deficiencies identified in the R & R.

court remedies;

**IT IS FURTHER ORDERED** that the **Motion to Amend Complaint (Rec. Doc. 37)** is **DENIED** as moot.

February 13, 2009

_____
UNITED STATES DISTRICT JUDGE